IVAN C. JEN (SBN 252885)
Law Office of Ivan C. Jen
5820 California Street
San Francisco, CA 94121
Telephone: (415) 504-2706
Facsimile: (415) 449-6110
Email: ivan@icjenlaw.com

**The following constitutes
the order of the court. Signed January 20, 2011**

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

Attorney for the Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

In re:

**Floyd Hughes Broach Sr.,**

Debtor.

) Case No. 10-71567 RLE 13
)
) Chapter 13
)
) Judge:    Honorable Roger L. Efremsky
) Date:     *[No Hearing Set Unless Requested]*
) Time:
) Location: 1300 Clay Street, Room 201,
)           Oakland, CA
)

### ORDER GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN OF DISCOVER BANK

Floyd Hughes Broach Sr., the debtor in the above Chapter 13 case (the "Debtor"), filed the MOTION TO AVOID JUDICIAL LIEN OF DISCOVER BANK (the "Motion") and requested the judgment lien of Discover Bank, recording number DOC-2003-0064209-00 filed in Contra Costa County (the "Judicial Lien"), that was recorded on the Debtor's residence at 5518 Panama Avenue, Richmond CA 94804, also known as parcel number 510-152-007-9, be avoided and treated as an unsecured claim pursuant to 11 U.S.C. § 522(f)(1).

The Court, finding that service of the Motion and notice of opportunity for hearing pursuant to Bankruptcy Local Rule ("B.L.R.") 9014-1(b)(3) is proper, finding that a timely objection or request for hearing was not made by Discover, finding that the Debtor's request for relief by default pursuant to B.L.R. 9014-1(b)(4) is proper, and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED;
2. The Judicial Lien is void and Discover's claim, proof of claim entry #1, is to be treated as unsecured; and
3. The Debtor may record this Order with the Contra Costa County Clerk Recorder to further carry out this Order.

**\*\* END OF ORDER \*\***

## Court Service List

Discover Bank
c/o CIR Law Office, LLP
8665 Gibbs Dr., Ste. 150
San Diego, CA 92123

Discover Bank
c/o David W. Nelms, CEO
PO Box 30416
Salt Lake City, UT 84130

Discover Bank
Dfs Services LLC
PO Box 3025
New Albany, OH 43054-3025

Floyd Hughes Broach Sr.
5518 Panama Avenue
Richmond, CA 94804